UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:95-MJ-1093

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER OF DISMISSAL |
| KAZEEM ODUFNA | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses, with prejudice, the Criminal Complaint No. 5:95-MJ-1093, filed December 11, 1995, as to Defendant Kazeem Odufna.

Respectfully submitted this 30th day of January, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

*Katherine S. Englander*
KATHERINE S. ENGLANDER
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4299
Fax:   (919) 856-4487
Email: katherine.englander@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

*Richard E Myers II*
RICHARD E. MYERS II
Chief United States District Judge